# Legal Advocates for Seniors and People with Disabilities®

211 W. Wacker Drive, Suite 750, Chicago, IL 60606
Phone: 312-263-1633   Fax: 312-263-1637
Website: www.mylegaladvocates.org
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

January 28, 2015

Commercial Services Group Inc
11603 Shelbyville Road
Louisville, KY 40243-1371

Re:   Muriel McGuire
      ███████████████
      ███████, MD █████

**Consumer's account:** ████████
LASPD file number:  7920

Dear Sir or Madam:

Please be advised that we represent Muriel McGuire regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities (LASPD) is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by Federal law, and advises them of their rights pursuant to various Federal statutes. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. McGuire. As you will see, Ms. McGuire's income is protected from levy, attachment or garnishment by Federal law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

Edward Grossman
Attorney and Executive Director
Enc.


EXHIBIT C

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

*MURIEL R MCGUIRE*
FIRST CLIENT'S NAME

SECOND CLIENT'S NAME

*Muriel R McGuire*
FIRST CLIENT'S SIGNATURE

SECOND CLIENT'S SIGNATURE

*2-10-2014*
DATE SIGNED

DATE SIGNED

Please include a COPY of just ONE of the following SIGNED documents:

1. Driver's License OR
2. State I.D. Card OR
3. Social Security Card OR
4. Medicare Card OR
5. If you don't have any of these, please have this form notarized:

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 20____.

_____
NOTARY PUBLIC

REMEMBER – YOU JUST NEED TO SEND ONE OF THE ABOVE.

6/29/12

7

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as completely, neatly and accurately as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS)

| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
|---|---|---|---|
| Social Security Retirement | | Wage Income | [redacted] |
| Supplemental Security Income (SSI) | | Unemployment Compensation | |
| Social Security Disability | [redacted] | Rental Income | |
| Veterans' Benefits | | Interest Income | |
| Workers' Compensation | | Other Income (if any, please describe) | |
| Public Aid (for example, Food Stamps) | | | |
| Alimony | | | |
| Child Support | | | |
| Pension Benefits | | **TOTAL INCOME** | |

### B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| Rent/Mortgage *Please circle one.* | [redacted] | Food | [redacted] |
| Average Utilities (gas, electric, telephone, cell phone, water, etc.) | [redacted] | | |
| Real Estate Taxes. *Be sure to divide the yearly amount by 12.* | . | Medical | |

6/29/12

8

| | | | |
|---|---|---|---|
| Dental | | Religious Affiliation Donations | ■ |
| Car Payment(s) | ■ | Health Insurance | ■ |
| Car Insurance | ■ | Life Insurance | ■ |
| Car: Gas & Maintenance | ■ | | |
| Other Transportation Costs | | Other Expenses *(List)* | ■ |
| Reasonable expenses to support a child or parent | | | ■ |
| | | TOTAL EXPENSES | ■ |

Have you ever **co-signed** a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? _NO_ .
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan): _____

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: _MURIEL R MCGUIRE_
First Client

SIGNED: _Muriel R McGuire_
First Client

DATED: _2-10-2014_


PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: _____

6/29/12

9

1/28/2015    8:47:23 PM

# Facsimile Cover Sheet

| | |
|---|---|
| To Fax: | 5022446904 |
| To Name: | |
| To Company: | Commercial Services Group Inc |
| | |
| From Fax Number: | |
| From Voice Number: | |
| From Name: | Administrator |
| From Company: | |
| | |
| **Subject:** | **RE:Muriel McGuire /** ▮ |
| **Date/Time:** | **1/28/2015    8:47:23 PM** |
| **Pages:** | **5** |
| **Comments:** | |

# GFI Fax transmission report
# Fax sent at: 8:54:20 PM, 01/28/2015

**Fax sent successfully : Success**

| | |
|---|---|
| Fax Status: | Normal |
| To Fax #: | 5022446904 |
| To Name: | |
| To Company: | Commercial Services Group Inc |
| From Fax Number: | 13122631637 |
| From Voice Number: | |
| From Name: | LASPD |
| From Company: | Legal Advocates for Seniors and People with Disabilities |
| **Subject:** | **RE:Muriel McGuire** ▉ |
| **Time Sent:** | **20:54:20** |
| **Date Sent:** | **2015-01-28** |
| Sending Time: | 00:03:32 |
| **Total Pages:** | **Cover page plus** 5 attached pages. |

No comments were included on cover page...

**END OF TRANSMISSION REPORT...**