LAW OFFICE
MITCHELL RUBENSTEIN & ASSOCIATES, P.C.

| | |
|---|---|
| MITCHELL RUBENSTEIN (DC & MD) | SUITE 250 |
| MICHAEL F. CHABROW (DC & VA) | 12 SOUTH SUMMIT STREET |
| DUANE R. DEMERS (DC & MD) | GAITHERSBURG, MARYLAND 20877 |
| DARRAGH L. INMAN (DC & MD) | Telephone (866) 386-0550 |
| | Facsimile (240) 386-0555 |

February 22, 2016      MAR 1 1 2016

☑ APPROVED

Muriel McGuire
c/o Chicago Legal Clinic
211 W Wacker Dr #750
Chicago IL 60606

Re:   Creditor: Crown Asset Management, LLC
      Original Creditor: Comenity Capital Bank
      Customer: Muriel McGuire
      Our File No.: ▮▮▮▮▮▮
      Acct. No.: ▮▮▮▮▮▮▮▮▮▮
      Balance Owed: $1,683.95

Dear Muriel McGuire:

Our law firm has been retained by Crown Asset Management, LLC, in connection with the above-referenced account.

Unless you or your client notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you or your client notify this office in writing within thirty (30) days after receiving this notice that the debt, or any portion of the debt is disputed, this office will obtain verification of the debt or a copy of a judgment entered against you and will mail you a copy of the verification or judgment. If you or your client request in writing, within thirty (30) days after receiving this notice, this office will provide you or your client with the name and address of the original creditor, if different from the original creditor.

The letter was not signed by any individual attorney. The firm's name however was printed as a signature block.

Very truly yours,

Mitchell Rubenstein & Associates, P.C.

P.S. Your firm previously advised it was representing Muriel McGuire in connection with the above-noted account. Within thirty (30) days of your receipt of this letter, please advise if your representation of the customer is still ongoing. If we do not hear from you within that time frame, we will assume that you no longer represent Muriel McGuire and we will contact the customer directly.

**This communication is from a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose.**

dcums.frmv_4


EXHIBIT D