From: 4103577214   Page: 2/2   Date 4/18/2016 11 52 19 AM

LAW OFFICE
## MITCHELL RUBENSTEIN & ASSOCIATES, P.C.

| | |
|---|---|
| MITCHELL RUBENSTEIN (DC & MD) | SUITE 250 |
| MICHAEL F CHASROW (DC & VA) | 12 SOUTH SUMMIT STREET |
| DUANE R. DEMERS (DC & MD) | GAITHERSBURG, MARYLAND 20877 |
| DARRAGH L. BRIAN (DC & MD) | Telephone (866) 386-0550 |
| | Facsimile (240) 386-0555 |

March 31, 2016

APR 18 2016

Muriel McGuire
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮ MD ▮▮▮▮   case # ▮▮▮▮

Re: Creditor: Crown Asset Management, LLC
Original Creditor Comenity Capital Bank
Our File No.: ▮▮▮▮
Acct. No.: ▮▮▮▮
Claim Amount: $1,683.95

Dear Muriel McGuire:

Your account has been referred to this office for collection. If this account is not paid or otherwise resolved, we have been instructed by our client to review the matter for possible legal action. If the account is not in dispute, payment is expected. <u>At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.</u> As of the date of this letter you owe $1,683.95. For further information, contact the undersigned firm in writing or call (866) 386-0550 and refer to the account number indicated above. If more convenient please visit our online payment center at www.payrubenstein.com if you wish to make <u>full</u> payment through the website. Otherwise contact our office first seeking approval of monthly installment payments before attempting to make a partial payment on the account.

<u>Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days after receiving this notice that the debt, or any portion of the debt is disputed, this office will obtain verification of the debt or a copy of a judgment entered against you and will mail you a copy of the verification or judgment. If you request in writing, within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.</u>
This communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.

The letter was not signed by any individual attorney. The firm's name however was printed as a signature block.

Very truly yours,

Mitchell Rubenstein & Associates, P.C.

dcam.frm

